UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORINO MENDOZA ESPINOZA,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN, et al.,<br>Respondents. | Case No. CV 2:26-12789-RAO<br><br>JUDGMENT |

Pursuant to the Order Granting In Part Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is granted in part and this action is closed.

DATED: November 17, 2026

/s/

HONORABLE ROZELLA A. OLIVER
UNITED STATES MAGISTRTE JUDGE